UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ERIC LATROY HARRIS,  )
                     )
    Plaintiff,        )
                     )
v.                   )    CV417-154
                     )
SCMPD (CNT AGENTS),  )
                     )
    Defendants.      )

## ORDER

Eric LaTroy Harris' motion for default judgment (doc. 18), which relies on defendants' failure to timely respond to his Complaint, is **DENIED**. Defendants' answer was timely filed (16) and a scheduling order thereafter issued (doc. 17). As it is unclear whether plaintiff has actually received copies of these documents, defendants are **DIRECTED** to send another copy of the answer to plaintiff and the Clerk is directed to send another copy of the scheduling order to plaintiff.

**SO ORDERED**, this  2nd  day of January, 2018.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA