# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

ERIC LATROY HARRIS,      )
                                )
      Plaintiff,        )
                                )
v.                            )        CV417-154
                                )
SCMPD (CNT AGENTS),    )
                                )
      Defendants.     )

FILED
Scott L. Poff, Clerk
United States District Court

By James Burrell at 1:17 pm, Jan 17, 2018

# ORDER

Eric LaTroy Harris has sent more letters to the Court complaining that he is being denied adequate access to the law library and that in reprisal for filing administrative grievances on the matter, a retaliatory search was executed on his cell and he was framed for possessing prohibited items.  Docs. 20 & 21.  The Court cannot provide him with a Court order to increase his law library privileges beyond what the CCDC determines to be adequate,[1] as that type of relief is outside the scope of his current lawsuit, which concerns his alleged mistreatment at the hands of Savannah-Chatham Metropolitan Police Department CNT

---

[1] Harris contends the CCDC has told him he needs a court order setting forth "a specific amount of hours per week that [he's] allowed to have the tablet for the law library."  Doc. 20 at 3.

agents. *See* doc. 1. However, Harris may file another Complaint (which will be screened and incur another filing fee) alleging that he has been denied meaningful access to legal research materials and retaliated against for so complaining.[2] The Clerk is **DIRECTED** to serve Harris with a copy of the Court's form § 1983 prisoner civil rights complaint, motion to proceed *in forma pauperis*, prisoner trust fund statement, and consent to collection of fees form.

     **SO ORDERED**, this  17th   day of January, 2018.

_J.R. Smith_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[2] Even construed as a motion to join CCDC as a party, Harris' request fails. Two defendants may be joined in a single action, if "any right to relief is asserted against them jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences; and . . . any question of law or fact common to all defendants will arise in the action." Fed. R. Civ. P. 20(a)(2). Harris' excessive-force and library-access claims appear to be related only through him, and the two claims do not appear to present any common questions of law or fact. Accordingly, he must pursue his library-access claim, if he chooses to pursue it at all, in a separate suit.