# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| ERIC LATROY HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV417-154 |
| | ) | |
| SCMPD (CNT AGENTS), | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

After *pro se* plaintiff Eric Harris filed a § 1983 Complaint alleging excessive force by several unnamed "SCMPD (CNT Agents)," the Court directed limited discovery to ascertain the identities of those "agents."[1] *See* doc. 25. Defendants have produced several rounds of documents in response to the Court's Orders.[2] *See* docs. 28 & 33. Based on the Court's review of the documents submitted, it appears that they contain the names of the SWAT officers who participated in the execution of the

---

[1] As the Court's previous Order noted, it appears that Harris' original identification of the officers as "CNT Agents" was mistaken; the officers involved were apparently SWAT officers. *See* doc. 32 at 3 n. 1.

[2] The Court notes that preparing and providing the responses required greater effort from counsel, R. Johnathan Hart and Jennifer R. Davenport, than is customary in civil litigation. *See, e.g.*, doc. 33 at 1 (noting that counsel acquired copies of a video which was not in possession of their client). The Court appreciates their efforts.

search warrant, during which the alleged excessive force occurred. *See* doc. 33 at 7-25 (narrative reports from SWAT officers). Harris is, therefore, **DIRECTED** to amend his Complaint to identify the individual officers he contends subjected him to excessive force. *See* doc. 1 at 3. **He must file that amendment, by signing it and placing it within his prison's mail system, within 30 days from the date of this Order. Failure to comply may result in dismissal.** *See* Fed. R. Civ. P. 41.

**SO ORDERED**, this 13th day of July, 2018.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA