IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ERIC LATROY HARRIS, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV417-154
 )
SAVANNAH CHATHAM METROPOLITAN )
POLICE DEPARTMENT, C.N.T. )
AGENTS, )
 )
    Defendants. )
 )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 43.) After careful review, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 19th day of November 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA