# United States District Court
## Southern District of Georgia

ERIC LATROY HARRIS

Plantiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 417CV-154

SAVANNAH CHATHAM METROPOLITAN
POLICE DEPARTMENT, C.N.T.
AGENTS,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated November 19, 2018, this case is hereby dismissed without prejudice. This case stands closed.

November 19, 2018
*Date*

Scott L. Poff
*Clerk*

*James R. Burell*
*(By) Deputy Clerk*